**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 11, 2023

By ECF

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Paul Christopher Rowe*, 23 Cr. 629 (PAE)**

Dear Judge Engelmayer:

I write to respectfully request that the Court modify Paul Rowe's bond conditions to permit him to travel to Royal Palm Beach, Florida, from December 14 to 20, 2023, in order to visit family for the holidays. **The Government and Pretrial Services consent to this request.**

As background, Mr. Rowe is charged with narcotics offenses and is released on a set of bond conditions including, as relevant, travel restricted to EDNY/SDNY. He has been fully complaint with all conditions and has taken one prior trip to Florida without incident. If this request is granted, he will provide his itinerary and lodging details to his Pretrial Services officers.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  AUSA Camille Fletcher
     Taelor Nisbeth, Pretrial Services

**GRANTED**. The Clerk of Court is requested to terminate the motion at Dkt. No. 39.

12/12/2023

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge