# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

---

August 6, 2025

By ECF

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:  United States v. Paul Christopher Rowe, 23 Cr. 629 (PAE)**

Dear Judge Engelmayer:

I write respectfully to request that the Court permit Paul Rowe to travel to his hometown of Westmoreland, Jamaica, from August 9–17, 2025, to attend the funeral of his uncle, Eric Roy Williams. Probation has no objection to this request and the Government takes no position.

As background, on May 2, 2024, the Court sentenced Mr. Rowe to a year and a day's imprisonment and three years' supervised release following his guilty plea to a narcotics offense. He was released from BOP custody on April 4, 2025. Since then he has been compliant with all conditions of supervised release. He has taken one prior trip to Jamaica, which occurred without incident.

Thank you for your attention to this request.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:  Camille Fletcher, Esq.
     Christina Venable, USPO

**GRANTED**. The Clerk of Court is requested to terminate the motion at Dkt. No. 57.

8/8/2025

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge