**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 18, 2026

**By ECF**

Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

**Re: *United States v. Paul Rowe*, 23 Cr. 629 (PAE)**

Dear Judge Engelmayer,

The parties write to provide an update to the Court and request an adjournment of the Violation of Supervised Release status conference scheduled for September 22, 2026 at 12:00 p.m., in the above-referenced matter.

The Government intends to bring new charges based on the same facts underlying the pending specifications in this matter. The parties have engaged in extensive negotiations regarding resolutions for the pending specifications and the forthcoming charges. Those discussions are nearing their conclusion, and we anticipate reaching a pre-hearing and pre-indictment disposition of both matters. The parties seek an adjournment of one month to allow the defendant sufficient time to consider the forthcoming plea offer and to allow the new case to be wheeled out to a district judge. The parties will advise the Court once the new case has been assigned to a district judge.

We thank the Court for its consideration.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

**GRANTED.** The Court adjourns tomorrow's conference until **Thursday, October 22, 2026,** at **11:00 a.m.** The Clerk of Court is requested to terminate the motion at Dkt. No. 65.

SO ORDERED. 9/21/2026

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge